IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSH JOYNER, an individual,<br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>INDIAN HILLS GENERAL IMPROVEMENT DISTRICT, a political subdivision of the State of Nevada; ART BAER, an individual; and SANDI EISELE, an individual,<br>　　　　　　　　　　Defendants.<br>_____/ | CASE NO.   3:08-CV-00552-LRH-RAM<br><br>**STIPULATION and ORDER TO EXTEND TIME TO FILE and/or SUBMIT SETTLEMENT DOCUMENTS** |

COME NOW Plaintiff, JOSH JOYNER, and Defendants, INDIAN HILLS GENERAL IMPROVEMENT DISTRICT, ART BAER and SANDI EISLE, by and through their respective counsel, and hereby stipulate and agree to extend the time to submit and/or file settlement documents concerning the above-referenced matter through and including Friday, April 3, 2009.

DATED:  March 20, 2009                                     DATED:  March 20, 2009

LAW OFFICES OF JEFFREY                                THORNDAL, ARMSTRONG,
DICKERSON                                                         DELK, BALKENBUSH & EISINGER


By:  /s/   Jeffrey A. Dickerson                           By:  /s/   Brent T. Kolvet
　　　Jeffrey A. Dickerson, Esq.                                Brent T. Kolvet, Esq.
　　　Attorneys for Plaintiff                                      Attorneys for Defendants
　　　Josh Joyner

IT IS SO ORDERED this 24th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE