1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8                                    * * *

JOSH JOYNER, an individual,
9                                          CASE NO.  3:08-cv-00552-LRH-RAM
         Plaintiff,
10                                         STIPULATION AND ORDER FOR
    vs.                                    ENLARGEMENT OF TIME
11                                         (SECOND REQUEST)
    INDIAN HILLS GENERAL
12  IMPROVEMENT DISTRICT,
    a political subdivision of the
13  State of Nevada, ART BAER,
    an individual, SANDI EISLE,
14  an individual,

15       Defendants.
                                    /
16
         The parties through their undersigned counsel of record hereby stipulate and agree that
17
    the parties shall have an additional period of seven (7) days from April 3, 2009 to and including
18
    / / /
19
    / / /
20
    / / /
21
    / / /
22
    / / /
23
    / / /
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28
    / / /

JAD/sh/joyner/enlrg-time-stip                          1

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664

1  April 10, 2009 within which to submit the Stipulation for Dismissal in this matter.

2  **APPROVED AS TO FORM AND CONTENT**

3  DATED April 3, 2009                      DATED _____

4  LAW OFFICE OF                            THORNDAL, ARMSTRONG,
   JEFFREY A. DICKERSON                     DELK, BALKENBUSH & EISINGER
5

6

7  /S/                                      
   JEFFREY A. DICKERSON                     BY: BRENT KOLVET
8  Counsel for Plaintiff                    Counsel for Defendants

9                              ORDER

10

11      IT IS SO ORDERED this 6TH day of April, 2009.

12

13

14

15  _____
    LARRY R. HICKS
16  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664